Ida G. Richardson, by Guardian, Respondent, v. The New York Central and Hudson River Railroad, Appellant. — Judgment and order appealed from affirmed. Opinion by Dwight, P. J.

Michael Gormley, Administrator, etc., Appellant, v. The Grand Trunk Railway Company of Canada, Respondent. — Order granting new trial affirmed, with costs to abide the event.

William E. Earl, Administrator, etc , Respondent, v. George W. Crouch, Jr., Appellant. — Judgment appealed from affirmed. Opinion by Lewis, J.; Macomber, J., taking no part.

Ann M. Dill and another, Administrators, etc., Plaintiffs, v. Charles W. Voshall, Defendant.— Motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. Opinion by Macomber, J.

Christina Ott, Administratrix, etc., Respondent, v. The City of Buffalo, Appellant. — Judgment and order appealed from affirmed. Opinion by Macomber, J.

William Woodbury, Respondent, v. Ansel F. Conger, Appellant — Judgment appealed from affirmed. Opinion by Macomber, J.

Rebecca E. Whiteman, Plaintiff, v. John Hyland and others, Defendants. — Motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict Opinion by Dwight, P. J.

Giles H. Boyd, Respondent, v. William Bassett, Appellant, Impleaded, etc. — Judgment of the County Court of Monroe county appealed from affirmed, with costs. Opinion by Macomber, J.

Sylvester C. Clarke, Appellant, v. John House, Respondent, Impleaded, etc. — Judgment appealed from affirmed. Opinion by Lewis, J.

George C. Carpenter and another, Respondents, v. The German American Insurance Company, Appellant. — Judgment and order appealed from affirmed.

George W. Cole, Respondent, v. Sidney B. Roby, Appellant. — Judgment and order appealed from reversed, with costs, and the complaint dismissed. Opinion by Macomber, J.

Ambrose Moore, Appellant, v. Percival L. Drayton, Respondent -- Order denying plaintiff's motion for a new trial appealed from affirmed, with costs, and judgment ordered for the defendant on the verdict. Opinion by Lewis, J.

Michael Filon, Respondent, v. John M. Durkin, Respondent, Impleaded with Melville G. Riker, Appellant, and others. — Appeal dismissed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Francis B. Brewer, Respondent, v. Frank G. Longnecker and another, Appellants — Order appealed from modified by striking out all that part which amends the judgment, and, as so modified, affirmed, without costs of this appeal to either party. Opinion by Dwight, P. J.

In the Matter of the Attachment of the Vessel or Canal Boat called the "New York Sensation," otherwise known as the "Sensation;" Charles J. Hamilton, Contestant and Appellant; Adam Homer, Claimant and Respondent. — Order of county judge of Erie county appealed from affirmed, with costs. Opinion by Macomber, J.

Thomas M. Rhines, Respondent, v. The Town of Royalton, Appellant — Order denying motion for a new trial affirmed, with costs, and judgment ordered for the plaintiff on the verdict. Opinion by Macomber, J.

Lawrence E. McLouth, Respondent, v. Mary E. Myers, Appellant. — Judgment of the County Court of Cattaraugus county affirmed, with costs. Opinion by Lewis, J.

Josiah Shults, Appellant, v. Nellie Shults and another, Respondents. — Judgment appealed from affirmed, without costs of this appeal to either party. Opinion by Dwight, P. J.

In the Matter of the Judicial Settlement of Accounts of Benjamin F. Grant, Executor, etc., of James Benedict, Deceased. — Case sent back to surrogate of Steuben county for further hearing of matters specified in opinion: question of costs reserved. Opinion by Lewis, J.

Benjamin B. Conable, Respondent. v. Matison Keeney and others, Appellants. — Judgment appealed from affirmed. Opinion by Lewis, J.

Mary Guenther, Administratrix, etc., Plaintiff, v. James Lockhart, Defendant. — Motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. Opinion by Lewis, J.

Charles C. Bigelow, Appellant, v. Joseph Garwitz, Respondent. — Order granting a new trial affirmed, with costs of this appeal to abide the event. Opinion by Dwight, P. J.

The Hamilton Coal Company, Plaintiff, v. Charles Bernhard and another, Defendants. — Defendants' motion for a new trial granted, with costs to abide the event. Opinion by Macomber, J.

Nancy E. Pickard, Appellant, v. James Carr and another, Respondents. — The court declines to consider this appeal, submitted without argument at the June Term, for the reason that it nowhere appears that the case has been settled and ordered filed by the judge before whom the action was tried. (Code Civ. Pro., § 997; Rule 35 of General Rules of Practice; McNish v. Bowers, 30 Hun, 214; Reese v. Boese, 92 N. Y.. 632.) The stipulation annexed to the case is not sufficient.

Philip D. Armour and others, Plaintiffs, v. The Cayuga Lake Ice Line, Defendant. — Motion for new trial denied, with costs, and judgment ordered for the plaintiff on the verdict. Opinion by Macomber, J.

Alexander S. Turner, Respondent, v. William W. Weston and others, Appellants.—Judgment appealed from affirmed, with costs. Opinion by Lewis, J.

In the Matter of Proving Last Will of Maria Soule, Deceased. — Decree of surrogate of Erie county reversed on a question of fact, and a trial by jury ordered of the material questions of fact arising upon the issues between the parties, such trial to be had in the Circuit Court of Erie county. The costs of this appeal to abide the final award of costs; order to be settled by the presiding justice. Opinion by Dwight, P. J.

Harry Evarts, by Guardian, Respondent, v. The United States Mutual Accident Association of the City of New York, Appellant. — Judgment and order appealed from affirmed. Opinion by Macomber, J.

In the Matter of George Benson, a Supposed Lunatic. — Appeal dismissed. with ten dollars costs and disbursements, it having been made to appear that the alleged lunatic has died since the finding of the inquisition, and that no property rights are involved in the appeal.

James Ryan, Respondent, v. Jacob Parr, Appellant. — Order appealed from confirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Joseph W. Hastings and another, Appellants, v. Ætna Insurance Company, Respondent. — Judgment appealed from affirmed.

Matilda Adams, Appellant, v. Sarah Jane Green and another, Respondents. — Judgment appealed from affirmed upon the merits, with costs.

## Motions.

Eliza Rice and another, Respondents, v. John W. Calkins and another, Appellants. — Motion granted, with ten dollars costs, unless appellants serve appeal papers within twenty days, after service of the order to be entered on this decision, and pay ten dollars costs taking the motion.

William Savage and others, Respondents, v. The City of Buffalo, Appellant. — Motion for certificate, under subdivision 4 of section 190 of Code of Civil Procedure, granted.